UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

JEFFERY WALTON,                          JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.


JENATTA JONES, ET AL.,                   CASE NO: 14-1299-STA-egb

    Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissal entered on May 8, 2018, this cause is hereby dismissed with prejudice.**




                    APPROVED:



s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 5/8/2018                          THOMAS M. GOULD
                                 Clerk of Court


                             s/Maurice B. BRYSON

                             (By)  Deputy Clerk